MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: william.frentzen@usdoj.gov

RANDALL LUSKEY (CABN 240915)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: randall.luskey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR 12-0144 EMC |
|         ) | |
|     Plaintiff,     ) | STIPULATION AND [PROPOSED] |
|         ) | ORDER EXCLUDING TIME UNDER THE |
|     v.     ) | SPEEDY TRIAL ACT FROM AUGUST 6, |
|         ) | 2012 THROUGH OCTOBER 31, 2012 |
| MIKAL XYLON WILDE,     ) | |
|         ) | |
|     Defendant.     ) | |
|         ) | |

On August 6, 2012, the parties in this case appeared before the Honorable Edward M.

Chen for a motions hearing. At that time, the government represented that it had recently

provided the defense with voluminous discovery and was continuing to provide discovery to the

defense as it became available to the government. Both parties represented that their respective

STIP AND [PROPOSED] ORDER EXCLUDING TIME
[CR 12-0144 EMC]

experts were in the early stages of analysis in the case.  The Court also ordered the government to obtain and produce Giglio information for known witnesses.  Defense counsel will need additional time to review those materials once they become available.  The parties jointly requested an extension of time and stipulated that time should be excluded from August 6, 2012 to October 31, 2012, for effective preparation of defense counsel.  The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

The Court has also designated this case as complex pursuant to 3161(h)(7)(b)(ii).

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 6, 2012                  _____/s/_____
                                        RANDY LUSKEY
                                        Assistant United States Attorney

DATED: August 6, 2012                  _____/s/_____
                                        DANIEL BLANK
                                        Attorney for Mikal Wilde

STIP AND [PROPOSED] ORDER EXCLUDING TIME
[CR 12-0144 EMC]

1       IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from

2   August 6, 2012 to October 31, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. §

3   3161(h)(7)(A).

4

5

6   IT IS SO ORDERED.

7

8   DATED:    8/8/12

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIP AND [PROPOSED] ORDER EXCLUDING TIME
     [CR 12-0144 EMC]