1  STEVEN G. KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor Federal Building
4  San Francisco, California  94102
   Telephone: (415) 436-7700
5  Facsimile: (415) 436-7706

6  MARK GOLDROSEN, CSBN  101731
   Attorney at Law
7  255 Kansas Street, Suite 340
   San Francisco, CA  94103
8  Telephone: (415) 565-9600
   Facsimile: (415) 565-9601

9
   Attorneys for Defendant
10 MIKAL XYLON WILDE

11

12

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO VENUE

16

17 UNITED STATES OF AMERICA,          )   NO. CR-12-00144 EMC
                                      )
18              Plaintiff,            )
                                      )
19 vs.                                )   [PROPOSED] ORDER
                                      )
20 MIKAL XYLON WILDE,                 )
                                      )
21              Defendant.            )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24 _____    )

25        Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY

26 ORDERED that the date for status conference is continued to October 2, 2013, at 2:30 p.m.

27        It is further ORDERED that the period from August 21, 2013 to October 2, 2013 is

28 excluded from computing the time within which a trial must commence under 18 U.S.C. §

1    3161. A continuance is necessary so that the defendant is not denied continuity of counsel and is

2    allowed reasonable time necessary for effective preparation, taking into account the exercise of

3    due diligence. See 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The ends of justice served by granting

4    such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

5    See 18 U.S.C. §3161(h)(7)(A). The Court has previously designated this case as complex

6    pursuant to 3161(h)(7)(b)(ii).

7    DATED: August ___, 2013
                      14

8

9    HON.
     United

10

11

12

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -