STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant WILDE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 12-0144 EMC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| MIKAL WILDE, | ) | |
| | ) | Honorable Edward M. Chen |
| Defendant. | ) | |

1  Pursuant to the agreement of the parties, the next appearance in the above-captioned matter
2  was previously set for a status conference on Wednesday, October 2, 2013, at 2:30 p.m. A clerk's
3  notice was subsequently issued resetting that status conference to Wednesday, October 9. However,
4  undersigned counsel for Mr. Wilde is unavailable on October 9 due to a previously scheduled
5  medical procedure. Accordingly, the parties stipulate and jointly request that the hearing be
6  continued one week to Wednesday, October 16, 2013, at 2:30 p.m.
7  IT IS SO STIPULATED.

        MELINDA HAAG
        United States Attorney

DATED:                              _____/s/_____
        WILLIAM FRENTZEN
        Assistant United States Attorney

DATED:                              _____/s/_____
        DANIEL P. BLANK
        Assistant Federal Public Defender
        Attorney for Mikal Wilde

IT IS SO ORDERED.

DATED:  9/10/13

IT IS SO ORDERED
*(signature)*
Judge Edward M. Chen

*[Seal: United States District Court, Northern District of California]*

EDWARD M. CHEN
United States District Judge

STIP. & PROP. ORDER        1