1  STEVEN G. KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant WILDE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 12-0144 EMC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| MIKAL WILDE, | ) | |
| | ) | Honorable Edward M. Chen |
| Defendant. | ) | |

Pursuant to the agreement of the parties, the next appearance in the above-captioned matter was previously set for Wednesday, April 23, 2014, at 2:15 p.m., for change of plea pursuant to an agreement that now has received final approval.  In the interim, however, Defendant Mikal Wilde has reached out to a private defense attorney, J. Tony Serra, for a second opinion about how to proceed, before making a final decision in such a weighty case as this.  To this end, undersigned counsel has provided Mr. Serra with a sizable quantity of discovery for his review.  Accordingly, the parties jointly request what is expected to be the final continuance of the previously scheduled status conference to Wednesday, May 28, 2014, at 2:30 p.m.  Mr. Serra has indicated that this would constitute sufficient time to complete his review and consultation with Mr. Wilde.  Time under the Speedy Trial Act is automatically excludable due to the Court's prior finding of complexity.

IT IS SO STIPULATED.

                MELINDA HAAG
                United States Attorney

DATED:   4/21/14            _____/s/_____
                RANDALL LUSKEY
                Assistant United States Attorney

DATED:   4/21/14            _____/s/_____
                DANIEL P. BLANK
                Assistant Federal Public Defender
                Attorney for Mikal Wilde

IT IS SO ORDERED.

DATED:   4/22/14            _____
                EDWARD M. CHEN

*IT IS SO ORDERED* — Judge Edward M. Chen (signature stamp, United States District Court, Northern District of California)

STIP. & PROP. ORDER                1