MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
RANDALL LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    FAX: (415) 436-6753
    William.frentzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 12-144 EMC |
| Plaintiff, ) | STIPULATED MOTION FOR CONTINUANCE (Modified) |
| v. ) | Date: May 28, 2014 |
| MIKAL X. WILDE,, ) | Time: 2:30 p.m. |
| Defendant. ) | |

    Pursuant to the agreement of the parties, the next appearance in the above-captioned matter was previously set for Wednesday, May 28, 2014, at 2:30 p.m., for change of plea pursuant to an agreement. Defendant Mikal Wilde reached out to a private defense attorney, J. Tony Serra, for a second opinion about how to proceed, before making a final decision in such a weighty case as this.  Mr. Serra has been consulting with defendant Wilde.  Both government counsel, however, now have conflicts for the currently set afternoon of May 28, 2014.  Accordingly, the parties jointly request continuance of the previously scheduled status conference to ~~Wednesday, June 4,~~ Tuesday June 3, 2014, at 2:30 p.m.  Time under the Speedy Trial Act is automatically excludable due to the Court's prior finding of complexity.

STIP. CONTINUANCE
12-144 EMC

1  IT IS SO STIPULATED.

2                                              MELINDA HAAG
                                               United States Attorney
3

4  DATED:   5/14/14                    _____/s/_____
                                               WILLIAM FRENTZEN
5                                              RANDALL LUSKEY
                                               Assistant United States Attorneys
6

7
   DATED:   5/14/14                    _____/s/_____
8                                              DANIEL P. BLANK
                                               Assistant Federal Public Defender
9                                              Attorney for Mikal Wilde

10
   IT IS SO ORDERED.  (modified above).
11
   DATED:   5/19/14                    _____
12                                             EDWARD M. CHEN
                                               United States District Judge
13

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIP. CONTINUANCE
12-144 EMC