AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

**OFFENSE CHARGED**

See Attachment A

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment A

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**FILED**
OCT - 2 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ MIKAL XYLON WILDE

DISTRICT COURT NUMBER
CR-12-0144 EMC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Matthew Collar

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Asst U.S. Atty Randy S. Luskey

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction       ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# ATTACHMENT A

## The Offenses Charged:

| | |
|---|---|
| Count One: | 21 U.S.C. § 846 – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute 1000 or More Marijuana Plants |
| Count Two: | 21 U.S.C § 841(a)(1)/841(b)(1)(A) – Manufacturing, Distributing, Possessing with the Intent to Distribute Marijuana, more than 1000 plants |
| Count Three: | 21 U.S.C. § 848(e)(1)(A) – Murder During Narcotics Offense |
| Count Four: | 18 U.S.C. § 924(c)(1)(A) – Use/Possession of Firearm During and in Relation to Drug Trafficking Crime |
| Count Five: | 18 U.S.C. § 924(c)(1)(A) – Use/Possession of Firearm During and in Relation to Crime of Violence |
| Count Six: | 18 U.S.C. § 924(j) – Use/Possession of Firearm in Murder |

## The Maximum Penalties:

| | |
|---|---|
| Count One: | Not less than 10 years imprisonment, not more than life imprisonment; not less than 5 years of supervised release; a fine of $10,000,000; and a $100 special assessment. |
| Count Two: | Not less than 10 years imprisonment, not more than life imprisonment; not less than 5 years of supervised release; a fine of $10,000,000; and a $100 special assessment. |
| Count Three: | Not less than 20 years imprisonment, not more than life imprisonment or may be sentenced to death; not less than 5 years supervised release; a fine of $10,000,000; and a $100 special assessment. |
| C. Four/Five: | Not less than 5 years consecutive term of imprisonment (7years if firearm is brandished and 10 years if firearm is discharged) for the first conviction and not less than 25 years consecutive term of imprisonment for the second conviction, not more than life imprisonment; $250,000 fine; not less than 3 years supervised release; and a $100 special assessment. |
| Count Six: | Not more than life imprisonment, or may be sentenced to death; $250,000 fine; 3 years supervised release; and a $100 special assessment. |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: San Francisco

---

UNITED STATES OF AMERICA,     CR-12-0144 EMC

V.

MIKAL XYLON WILDE,

**FILED**

OCT - 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

---

SUPERSEDING INDICTMENT

Title 21, U.S.C., Section 846 - Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute 1000 or More Marijuana Plants; Title 21, U.S.C., Section 841(a)(1) and (b)(1)(A)(vii) - Manufacture, Distribute and Possess with Intent to Distribute 1000 or More Marijuana Plants; Title 21, U.S.C., Section 848(e)(1)(A) - Murder While Engaged in Narcotics Offense; Title 18, U.S.C., Section 924(c)(1)(A) - Using, Carrying, Possessing and Discharging Firearm During and in Relation to Crime of Violence or Drug Trafficking Offense; Title 18, U.S.C., Section 924(j) - Murder Caused by Firearm During and in Relation to Crime of Violence or Drug Trafficking Offense; Title 18, United States Code, Section 2 B Aiding and Abetting

---

A true bill.

_____ Foreman

Filed in open court this 2nd day of Oct, 2014

_____ Clerk

Bail, $ no process

1  MELINDA HAAG (CABN 132612)
   United States Attorney

**FILED**

OCT - 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0144 EMC |
| Plaintiff, | ) ) | VIOLATIONS: Title 21, United States Code, Section 846 – Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute 1000 or More Marijuana Plants; Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vii) – Manufacture, Distribute and Possess with Intent to Distribute 1000 or More Marijuana Plants; Title 21, United States Code, Section 848(e)(1)(A) – Murder While Engaged in Narcotics Offense; Title 18, United States Code, Section 924(c)(1)(A) – Using, Carrying, Possessing and Discharging Firearm During and in Relation to Crime of Violence or Drug Trafficking Offense; Title 18, United States Code, Section 924(j) – Murder Caused by Firearm During and in Relation to Crime of Violence or Drug Trafficking Offense;; Title 18, United States Code, Section 2 – Aiding and Abetting |
| v. | ) ) | |
| MIKAL XYLON WILDE, | ) ) | |
| Defendant. | ) ) ) ) ) ) ) ) ) ) | |
| | ) ) ) ) | SAN FRANCISCO VENUE |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846 and 841(b)(1)(A)(vii) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute 1000 or More Marijuana Plants)

From in or about some time no later than June 2010, the exact date being unknown to the Grand

SUPERSEDING INDICTMENT            1

Jury, and continuing thereafter up to and including on or about August 25, 2010, in the Northern District of California, the defendant,

MIKAL XYLON WILDE,

and others known and unknown to the Grand Jury, knowingly and intentionally conspired to manufacture, distribute, and possess with intent to distribute a Schedule I controlled substance, to wit: marijuana, and the quantity of said mixtures and substances was 1000 plants or more.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(vii).

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii) – Manufacture, Distribution and Possession with Intent to Distribute 1000 or More Marijuana Plants; Title 18, United States Code, Section 2 – Aiding and Abetting)

From in or about some time no later than June 2010, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including on or about August 25, 2010, in the Northern District of California, the defendant,

MIKAL XYLON WILDE,

together with others known and unknown to the Grand Jury, aided and abetted each by the other, knowingly and intentionally did manufacture, distribute, and possess with intent to distribute a Schedule I narcotic controlled substance, to wit: marijuana, and the quantity of said mixtures and substances was 1000 plants or more.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vii) and Title 18, United States Code, Section 2.

COUNT THREE: (21 U.S.C. § 848(e)(1)(A) – Murder During Narcotics Offense; Title 18, United States Code, Section 2 – Aiding and Abetting)

From in or about some time no later than June 2010, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including on or about August 25, 2010, in the Northern District of California, the defendant,

SUPERSEDING INDICTMENT            2

1           MIKAL XYLON WILDE,

2 while engaged in, and aiding and abetting, an offense punishable under Section 841(b)(1)(A) of Title 21,

3 United States Code, namely, a conspiracy to manufacture, distribute, and possess with intent to

4 distribute 1000 or more marijuana plants in violation of Title 21, United States Code, Section 846, and

5 manufacturing, distributing and possessing with intent to distribute 1000 or more marijuana plants in

6 violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vii), unlawfully, intentionally,

7 and knowingly killed and caused the intentional killing of Mario Roberto Juarez-Madrid, and such

8 killing resulted on or about August 25, 2010.

9    All in violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States

10 Code, Section 2.

11

12 COUNT FOUR: (18 U.S.C. § 924(c)(1)(A) – Use/Possession of Firearm During and in Relation to Drug

13 Trafficking Crime)

14    In or around August 2010, in the Northern District of California, the defendant,

15           MIKAL XYLON WILDE,

16 did unlawfully, willfully, and knowingly discharge, brandish, use and carry a firearm during and in

17 relation to a drug trafficking crime, namely, by arming his workers during and in relation to the

18 conspiracy to manufacture, distribute, and possess with intent to distribute marijuana, as charged in

19 Count One of this Indictment, and manufacture, distribution, and possession with intent to distribute

20 marijuana, as charged in Count Two of this Indictment.

21    All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii).

22

23 COUNT FIVE: (18 U.S.C. § 924(c)(1)(A) – Use/Possession of Firearm During and in Relation to Crime

24 of Violence)

25    On or about August 25, 2010, in the Northern District of California, the defendant,

26           MIKAL XYLON WILDE,

27 did unlawfully, willfully, and knowingly discharge, brandish, use and carry a firearm during and in

28

SUPERSEDING INDICTMENT         3

relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the killing of Mario Roberto Juarez-Madrid while engaged in a narcotics offense, as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii).

COUNT SIX: (18 U.S.C. § 924(j) – Use/Possession of Firearm in Murder)

On or about August 25, 2010, in the Northern District of California, the defendant,

MIKAL XYLON WILDE,

unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the killing of Mario Roberto Juarez-Madrid while engaged in a narcotics offense, as charged in Count Three of this Indictment, and during and in relation to a drug trafficking offense, namely, conspiracy to manufacture, distribute, and possess with intent to distribute marijuana, as charged in Count One of this Indictment, and manufacture, distribution, and possession with intent to distribute marijuana, as charged in Count Two of this Indictment, did use and carry a firearm, and in the course of that crime did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), namely, MIKAL XYLON WILDE caused the death of Mario Roberto Juarez-Madrid by discharging a firearm at Mario Roberto Juarez-Madrid.

//
//
//
//
//
//
//
//
//

SUPERSEDING INDICTMENT 4

All in violation of Title 18, United States Code, Section 924(j)(1).

DATED: Oct 2, 2014

A TRUE BILL

*[signature]*
FOREPERSON

MELINDA HAAG
United States Attorney

*[signature]*
J. DOUGLAS WILSON
Chief, Criminal Division

(Approved as to form: *[signature]* )
AUSA William Frentzen
AUSA Randy Luskey

SUPERSEDING INDICTMENT          5