J. TONY SERRA (CA SBN: 32639)
BRIAN GREGORY (CA SBN: 284673)
506 Broadway
San Francisco, CA 94133
Telephone: (415) 986-5591
Fax: (415) 421-1331

Attorneys for Defendant
MIKAL XYLON WILDE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:12-cr-00144-EMC |
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| vs. | ) ORDER AS TO DEFENDANT'S ) ACCESS TO MP3 PLAYER |
| MIKAL XYLON WILDE, | ) Date: December 16, 2014 |
| Defendant. | ) Time: 2:15 p.m. ) Court: Hon. Edward M. Chen |

Due to the voluminous nature of the discovery in this matter, the defense and the Government hereby STIPULATE that defendant MIKAL XYLON WILDE should be afforded access to an mp3 player until the conclusion of the trial in this matter. It is further the understanding of the parties that the United States Marshals have no objection to the provision of an mp3 player to Mr. Wilde for this period [*See* Exhibit A; November 20, 2014 Emails Between William Frentzen, Brian Gregory and Frank Conroy].

Defendant is presently in custody at the Glenn E. Dyer Detention Facility in Oakland, California. The defense is informed by the staff of the Glenn E. Dyer Detention Facility that they will allow Mr. Wilde to possess an mp3 player while housed at that facility **if ordered to do so by the Court**, subject to the following conditions [*See* Exhibit A; November 25, 2014 Email From Olga L. Lacey to Brian Gregory]:

1       1. The mp3 player shall have playing capability with plain earbuds;

2       2. The mp3 player does not possess recording capabilities or a radio receiver;

3       3. The mp3 player will not contain music of any type or any other material not related to

4          the instant matter;

5       4. The mp3 player is powered by "AAA" or "AA" batteries.

6       Therefore, the parties hereby respectfully request that the Court issue an Order directing

7 the Glenn E. Dyer Detention Facility to allow Mr. Wilde access to an mp3 player for the purpose

8 of discovery review until the conclusion of the trial in this matter. Should such an Order issue,

9 the defense will provide Mr. Wilde with an mp3 player which meets the requirements set forth

10 above at its own expense.

11

12       Respectfully submitted,

13

14 DATE: December 1, 2014             _/s/ Brian Gregory_____
                                     J. TONY SERRA

15                                     BRIAN GREGORY
                                     Attorneys for Defendant

16                                     MIKAL XYLON WILDE

17

18

19 DATE: December 1, 2014             _/s/ William Frentzen_____

20                                     WILLIAM FRENTZEN
                                     KIMBERLY E. HOPKINS

21                                     Assistant United States Attorneys

22

23

24

25

26

27

28

O R D E R

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Glenn E. Dyer Detention Facility shall allow defendant MIKAL XYLON WILDE to possess an mp3 player for the purpose of discovery review until the conclusion of the trial in this matter;

2. The defense shall provide the mp3 player to the defendant at its own expense;

3. Any mp3 player provided to the defendant shall meet the following requirements:

    a. The mp3 player shall have playing capability with plain earbuds;

    b. The mp3 player shall not possess recording capabilities or a radio receiver;

    c. The mp3 player shall not contain music of any type or any other material not related to the instant matter;

    d. The mp3 player shall be powered by "AAA" or "AA" batteries.

**IT IS SO ORDERED.**

DATED: ___12/2___, 2014



HONO_____EN
UNITED STATES DISTRICT COURT
GRANTED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT A



Brian Gregory <briangregorylaw@gmail.com>

## mp3 for Wilde

3 messages

---

**Frentzen, William (USACAN)** <William.Frentzen@usdoj.gov>                    Thu, Nov 20, 2014 at 11:13 AM
To: "briangregorylaw@gmail.com" <briangregorylaw@gmail.com>, "Conroy, Frank (USMS)" <Frank.Conroy@usdoj.gov>

Frank, I'm putting you together with Brian Gregory to see whether you guys are okay with Wilde having an MP3 player in jail.  Thanks, WF.

---

**Brian Gregory** <briangregorylaw@gmail.com>                    Thu, Nov 20, 2014 at 11:26 AM
To: "Frentzen, William (USACAN)" <William.Frentzen@usdoj.gov>
Cc: "Conroy, Frank (USMS)" <Frank.Conroy@usdoj.gov>

Dear Mr. Conroy,

I write at the suggestion of Mr. Frentzen to ask whether you would have any objection to the defense providing am mp3 player to Mr. Wilde so that he may review audio discovery in the case while in custody. I have already received a verbal assurance from Glen Dyer jail that they have no objection so long as the mp3 player provided is the type they have specified and we get permission from Judge Chen. Please let me know, thanks!

Regards,

Brian Gregory

The Law Office of Brian Gregory
506 Broadway
San Francisco, CA  94133
(415) 986-5591

*****The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender at brian@pier5law.com.*****

On Thu, Nov 20, 2014 at 11:13 AM, Frentzen, William (USACAN) <William.Frentzen@usdoj.gov> wrote:

Frank, I'm putting you together with Brian Gregory to see whether you guys are okay with Wilde having an MP3 player in jail.  Thanks, WF.

---

**Conroy, Frank (USMS)** <Frank.Conroy@usdoj.gov>                    Thu, Nov 20, 2014 at 11:46 AM
To: Brian Gregory <briangregorylaw@gmail.com>

Sure.  I take no issue.

Cheers,

Frank C. Conroy
Supervisory Deputy U.S. Marshal
Northern District of California – San Francisco

Office: 415.436.7674
Cell:  415.748.2792
Email:  Frank.Conroy@usdoj.gov


**From:** Brian Gregory [mailto:briangregorylaw@gmail.com]
**Sent:** Thursday, November 20, 2014 11:26 AM
**To:** Frentzen, William (USACAN)
**Cc:** Conroy, Frank (USMS)
**Subject:** Re: mp3 for Wilde

[Quoted text hidden]

EXHIBIT B



**Brian Gregory <briangregorylaw@gmail.com>**

## Inmate MP3 Player
1 message

Lacey, Olga L., Sheriff <OLacey@acgov.org>                                      Tue, Nov 25, 2014 at 11:30 AM
To: "briangregorylaw@gmail.com" <briangregorylaw@gmail.com>

Good Morning,

Please let me know if you have any questions.

The court order will state the name and PFN of the inmate receiving the MP3 and who is to provide an MP3 player to the inmate (i.e. court, inmate's attorney, public defender, or investigator).

1.   Player shall have playing capability with plain ear buds.

2.   Player will not possess recording capabilities, nor will it be equipped with a radio receiver.

3.   Player will not possess music of any type, or any other recorded material that is not pertinent to their case.

   4.   Player will be powered by "AAA" or "AA" batteries only; no rechargeable batteries. Additional (replacement) batteries must be in the original sealed package when delivered.

      a.   The brand name of the MP3 player many lawyers use is: Coby MP301-4G

Thank you,

**Olga L. Lacey, Deputy Sheriff**

**Alameda County Sheriff's Office**

**Inmate Services**

**Glenn E. Dyer Detention Facility**

**550 6th Street**

**Oakland, CA  94607**

**E-mail:  olacey@acgov.org**

**phone: (510) 268-7811**

fax:    (510) 268-7830

