1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   KIMBERLY HOPKINS (MABN 668608)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Kimberly.hopkins@usdoj.gov

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT
11                        NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA, | ) | CASE NO. 12-CR-00144-EMC
   |                           | ) |
15 |                           | ) | STIPULATION AND [P~~ROP~~OSED] ORDER
   |                           | ) | ADVANCING PRETRIAL CONFERENCE
16 |     v.                    | ) | HEARING TO JANUARY 12, 2015
   |                           | ) |
17 |                           | ) | Hearing Date: January 13, 2015
   | MIKAL XYLON WILDE,        | ) | Requested Date: January 12, 2015
18 |                           | ) |
   |     Defendant.            | ) |
19 |                           | ) |
   |                           | ) |
20

21     The above captioned matter is set on January 13, 2015 before this Court for a pretrial conference
22 hearing.  The attorneys for the government will be out of the district on work related-business and are
23 therefore unavailable on January 13, 2015.  The parties jointly request that this Court advance the matter
24 to January 12, 2015 at 2:30 p.m.  The Court already found time to be excluded under the Speedy Trial
25 Act through the jury trial date of February 2, 2015.
26     The parties hereby stipulate and move the Court to advance the pretrial conference hearing from
27 January 13, 2015 to January 12, 2015.  A Proposed Order is attached.
28

STA [PROPOSED] ORDER
                                    1

SO STIPULATED:

DATED:  December 2, 2014         /s/
KIMBERLY HOPKINS
WILLIAM FRENTZEN
Assistant U.S. Attorneys

DATED: December 2, 2014         /s/
J. TONY SERRA, ESQ.
BRIAN GREGORY, ESQ.
Counsel for defendant

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that:

The pretrial conference hearing date of JANUARY 13, 2015 is advanced to JANUARY 12, 2015 at 2:30 p.m. ```
Pretrial filings and motions in limine shall be filed by
        December 22, 2014.
```

**IT IS SO ORDERED**

DATED: 12/2/14



HON. EDWARD M. CHEN
U.S. District Court

STA [PROPOSED] ORDER

2