J. TONY SERRA (SBN: 32639)
BRIAN GREGORY (SBN: 284673)
506 Broadway
San Francisco, CA  94133
Telephone: (415) 986-5591
Fax: (415) 421-1331

Attorneys for Defendant
MIKAL WILDE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIKAL WILDE,<br><br>Defendant. | Case No.: 3:12-cr-00144-EMC<br><br>**DEFENDANT'S TRIAL BRIEF** |

**TO THIS HONORABLE COURT AND THE UNITED STATES ATTORNEY'S OFFICE:**

Defendant MIKAL WILDE, by and through counsel, hereby submits the following trial brief pursuant to the Court's Orders of January 5, 2015 and July 24, 2014.

**I.  The Charged Offenses**

The defense hereby adopts the government's statement of the charged offenses. *See* Dkt. #118.

**II. Stipulated Facts**

The defense does not stipulate to any facts at this time.

**III. Applicable Law**

The defense adopts the listing of the elements of each offense as set forth by the government in its trial brief and as mentioned above. The defense will make a determination at the close of

the government's case in chief whether there is an affirmative defense or other relevant evidence to be presented.

### IV. Points of Law on Any Other Issues

The defense has nothing other than what has been previously presented in motions *in limine* at this time.

Respectfully submitted,

Dated: January 6, 2015
    */s/ J. Tony Serra*
J. TONY SERRA
BRIAN GREGORY
Attorneys for Defendant
MIKAL WILDE

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on January 6, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: January 6, 2015

*/s/ J. Tony Serra*
J. TONY SERRA