UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MIKAL XYLON WILDE,

        Defendant.

_____/

No. CR-12-0144 EMC

**VERDICT FORM**

COUNT ONE:      CONSPIRACY TO MANUFACTURE, DISTRIBUTE, AND

                       POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA

                       PLANTS

1.    Has the Government proven beyond a reasonable doubt that defendant MIKAL X. WILDE

committed the crime charged in Count One?

    YES, GUILTY      X

    NO, NOT GUILTY    _____

If you find the defendant not guilty, do not consider paragraph 2, below. If you find the defendant

guilty as charged, proceed to paragraph 2 below.

///

///

///

///

United States District Court
For the Northern District of California

2. Having found the defendant guilty of the offense charged in Count One, we further unanimously find that he conspired to manufacture, distribute, and possess with intent to distribute marijuana in the amount shown (place an X in the appropriate box):

    (i)    1000 plants or more    [X]

    (ii)    100 plants or more    [ ]

    (iii)    less than 100 plants    [ ]

COUNT TWO:    MANUFACTURE AND POSSESS WITH INTENT TO
                      DISTRIBUTE MARIJUNA PLANTS

1. Has the Government proven beyond a reasonable doubt that defendant MIKAL X. WILDE committed the crime charged in Count Two?

YES, GUILTY    X

NO, NOT GUILTY    _____

If you find the defendant not guilty, do not consider paragraph 2, below. If you find the defendant guilty as charged, proceed to paragraph 2 below.

2. Having found the defendant guilty of the offense charged in Count Two, we further unanimously find that he manufactured and possessed with intent to distribute marijuana in the amount shown (place an X in the appropriate box):

    (i)    1000 plants or more    [X]

    (ii)    100 plants or more    [ ]

    (iii)    less than 100 plants    [ ]

///

///

///

///

///

United States District Court
For the Northern District of California

1   COUNT THREE:       KILLING DURING A NARCOTICS OFFENSE

2   1.   Has the Government proven beyond a reasonable doubt that defendant MIKAL X. WILDE

3        committed the crime charged in Count Three?

4        YES, GUILTY          X

5        NO, NOT GUILTY       _____

6

7   COUNT FOUR:        USING OR CARRYING A FIREARM DURING AND IN

8                      RELATION TO A DRUG TRAFFICKING CRIME OR

9                      POSSESSING A FIREARM IN FURTHERANCE OF A DRUG

10                     TRAFFICKING CRIME

11       1.   Has the Government proven beyond a reasonable doubt that defendant MIKAL X.

12            WILDE committed the crime charged in Count Four?

13       YES, GUILTY          X

14       NO, NOT GUILTY       _____

15

16  If you find the defendant not guilty, do not consider paragraph two, below. If you find the defendant

17  guilty as charged, proceed to paragraph 2 below.

18

19       2.   Has the Government proven beyond a reasonable doubt that defendant MIKAL X.

20            WILDE is guilty of any of the following acts while committing the crime charged in

21            Count Four? Please indicate yes or no, and you must all unanimously agree.

| | YES | NO |
|---|---|---|
| BRANDISH A FIREARM | | X |
| DISCHARGE A FIREARM | X | |
| USED A FIREARM | X | |
| CARRIED A FIREARM | X | |

United States District Court
For the Northern District of California

3

COUNT FIVE:      USING OR CARRYING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE OR POSSESSING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

1.     Has the Government proven beyond a reasonable doubt that defendant MIKAL X. WILDE committed the crime charged in Count Five?

        YES, GUILTY     __X__

        NO, NOT GUILTY     _____

If you find the defendant not guilty, do not consider paragraph two, below. If you find the defendant guilty as charged, proceed to paragraph 2 below.

2.     Has the Government proven beyond a reasonable doubt that defendant MIKAL X. WILDE is guilty of any of the following acts while committing the crime charged in Count Five? Please indicate yes or no, and you must all unanimously agree.

|  | YES | NO |
|---|---|---|
| BRANDISH A FIREARM | _____ | __X__ |
| DISCHARGE A FIREARM | __X__ | _____ |
| USED A FIREARM | __X__ | _____ |
| CARRIED A FIREARM | __X__ | _____ |

///
///
///
///
///
///
///
///

4

United States District Court
For the Northern District of California

1    COUNT SIX: USING OR CARRYING A FIREARM DURING AND IN RELATION TO A

2                DRUG TRAFFICKING CRIME OR A CRIME OF VIOLENCE AND

3                POSSESSING A FIREARM IN FURTHERANCE OF A DRUG

4                TRAFFICKING CRIME OR A CRIME OF VIOLENCE RESULTING IN

5                MURDER

6    1.   As to Count Six, please indicate your finding as to what crime, if any, the Government has

7         proven beyond a reasonable doubt that defendant MIKAL X. WILDE committed:

8              FIRST DEGREE MURDER                        ✕

9              SECOND DEGREE MURDER                       _____

10             VOLUNTARY MANSLAUGHTER                     _____

11             NOT GUILTY                                 _____

12

13

14

15   DATED: 3-2-15              FOREPERSON: _____

16

17

18

19

20

21

22

23

24

25

26

27

28

5